# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 11/30/2022 | Wire | $ 20,872.20 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 12/9/2022 | Wire | $ 9,502.50 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 12/23/2022 | Wire | $ 64,741.49 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 12/30/2022 | Wire | $ 40,384.79 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 1/6/2023 | Wire | $ 5,978.27 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 1/13/2023 | Wire | $ 8,530.21 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 1/20/2023 | Wire | $ 104,058.20 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 1/27/2023 | Wire | $ 9,082.81 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 2/8/2023 | Wire | $ 2,879.86 |
| Akorn Operating Company, LLC | Kuehne & Nagel Services LTD | 2/14/2023 | Wire | $ 51,825.28 |
| | | | | $ 317,855.61 |