# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>KUEHNE & NAGEL SERVICES LTD,<br><br>Defendant. | Adv. Proc. No. 25-50265 (KBO)<br><br>**Related Adv. D.I.**: 1, 3 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Kuehne & Nagel Services LTD (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on May 12, 2025 [Adv. D.I. 3]. Undersigned counsel to Defendant agreed to accept service of the Complaint on Defendant's behalf.

3. Defendant's deadline to respond to the Complaint is June 11, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The parties agree that Defendant shall have through and including July 9, 2025, to answer or otherwise plead to the Complaint.

Dated: May 19, 2025

| **SAUL EWING LLP** | **HALPERIN BATTAGLIA BENZIJA, LLP** |
|---|---|
| */s/ Evan T. Miller* | */s/ Walter Benzija* |
| Evan T. Miller (DE Bar No. 5364) | Walter Benzija, Esq. |
| Paige N. Topper (DE Bar No. 6470) | Scott A. Ziluck, Esq. |
| 1201 N. Market Street, Suite 2300 | 40 Wall Street, 37th Floor |
| Wilmington, DE 19801 | New York, NY 10005 |
| Telephone: (302) 421-6800 | Telephone: (212-765-9100 |
| evan.miller@saul.com | wbenzija@halperinlaw.net |
| paige.topper@saul.com | sziluck@halperinlaw.net |
| *Counsel for Plaintiff* | *Counsel for Defendant* |