**SERVICE LIST**

Turner Falk, Esquire
Saul Ewing LLP
1500 Market Street,
Center Square West, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com

Evan T. Miller, Esquire
Paige N. Topper, Esquire
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Evan.miller@saul.com
Paige.topper@saul.com

Michelle G. Novick, Esquire
Saul Ewing LLP
151 N. Clark Street, Suite 4200
Chicago, IL 60601
Michelle.novick@saul.com

Steven C. Reingold, Esquire
Saul Ewing LLP
131 Dartmouth Street
Boston, MA 02116
Steven.reingold@saul.com